# United States Bankruptcy Court
## Central District Of California

**1415 State Street, Santa Barbara, CA 93101−2511**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Michael A Batchelor

**BANKRUPTCY NO.** 9:11−bk−10917−RR

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7090
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 6/13/11

**JOINT DEBTOR INFORMATION:**
Julie P Batchelor

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−1294
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 6/13/11

**Address:**
15138−D Campus Park Dr.
Moorpark, CA 93021

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: June 13, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court